

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,576-02

### EX PARTE CHARLES HIRSCH, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. F-2007-1760-A IN THE 16TH DISTRICT COURT
### FROM DENTON COUNTY

*Per curiam*. YEARY, J., filed a dissenting opinion.

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of two counts of online solicitation of a minor and sentenced to 180 days' imprisonment for each count. The Second Court of Appeals affirmed his convictions. *Hirsch v. State*, 282 S.W.3d 196 (Tex. App.—Fort Worth 2009).

Applicant contends that the statute under which he was convicted was found to be unconstitutional. In *Ex parte Lo*, this Court declared Penal Code Section 33.021(b) unconstitutional.

*Ex parte Lo*, 424 S.W.3d 10 (Tex. Crim. App. 2013). Applicant now contends that in light of *Lo* his convictions are no longer valid. The State recommends that relief be granted in this cause. We agree. *Ex parte Chance*, 439 S.W.3d 918 (Tex. Crim. App. 2014).

Relief is granted. The judgment in Cause No. F-2007-1760-A in the 16th District Court of Denton County is set aside set aside and the cause is remanded so the trial court can dismiss the indictment.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: September 14, 2016
Do not publish